**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-06865 JAK (Ex) | Date | September 16, 2013 |
| Title | Darlene Ferguson, et al. v. County of Los Angeles, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Liana Serobian | Danielle F. Drossel |
| | David J. Weiss |

**Proceedings:**    **STATUS CONFERENCE RE PRODUCTION OF JUVENILE RECORDS**

The status conference is held. The Court has reviewed the parties' submissions. Dkt. 42, 43. The parties report that a settlement conference is set with Magistrate Judge Charles F. Eick for November 4, 2013. In light of the parties' efforts to try and settle the matter, the Court continues the deadlines as follows:

| | |
|---|---|
| Closed: | Last day to amend or add parties |
| November 18, 2013 at 1:30 p.m.: | Status Conference re Settlement |
| Not Set: | Last day to participate in a settlement conference/mediation |
| March 21, 2014: | Non-Expert Discovery Cut-Off |
| March 28, 2014: | Initial Expert Disclosures |
| April 11, 2014: | Rebuttal Expert Disclosures |
| April 25, 2014: | Expert Discovery Cut-Off |
| April 28, 2014: | Last day to hear motions |
| June 16, 2014 at 3:00 p.m.: | Final Pretrial Conference / Motions in Limine |
| June 27, 2014 at 3:00 p.m.: | Status Conference re Exhibits |
| July 1, 2014 at 9:00 a.m.: | Jury Trial (est. tbd) |

The parties are ordered to have a representative with authority to make final decisions as to this matter, present at the settlement conference on November 4, 2013. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-06865 JAK (Ex) | Date | September 16, 2013 |
|---|---|---|---|
| Title | Darlene Ferguson, et al. v. County of Los Angeles, et al. | | |

appearance will be required on November 18, 2013, if such notice is filed on or before November 8, 2013. If a notice of settlement is not filed, counsel shall file a joint report by November 8, 2013, regarding the status of settlement, which shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

cc:  Magistrate Judge Charles F. Eick

|  | : | 08 |
|---|---|---|
| Initials of Preparer | ak | |