UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| DARLENE FERGUSON and RYAN K., individuals<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MICHELE LOYA-CHHABRA, in her personal capacity; XIOMARA FLORES-HOLGUIN, in her personal capacity; BRENDA E. BERRYHILL, in her personal capacity; MELANIE PELLERIN, in her personal capacity; TIKA SMITH, in her personal capacity; BELINDA WILLIAMS, in her personal capacity; ORELL WILLIAMS, in her personal capacity;CYNTHIA COLEMAN, in her personal capacity; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. CV12-06865 JAK (Ex)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND STATUS CONFERENCE RE SETTLEMENT**<br><br>**Honorable JOHN A. KRONSTADT** |

-- 2 --

WHEREAS, the parties have stipulated and agreed to as follows, the Court finding good cause does hereby order and find as follows:

1. Based on the stipulation of the parties re: continuance of Mandatory Settlement Conference, the Mandatory Settlement Conference previously set for November 4, 2013 is continued to **November 20, 2013 at 1:30 p.m.**

2. It is further ordered that the parties will file a joint report regarding the status of the Mandatory Settlement Conference no later than **November 26, 2013**.

3. It is further ordered that the Status Conference regarding settlement is continued from November 18, 2013 to **December 2, 2013 at 1:30 p.m.**

IT IS SO ORDERED.

DATED: October 29, 2013  _____

HON. JOHN A. KRONSTADT
**JUDGE OF THE U.S. DISTRICT COURT**