1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA

| DARLENE FERGUSON, R.K., and K.G., individuals, | Case No: CV12-06865 JAK (Ex) |
|---|---|
| Plaintiffs, | **ORDER GRANTING REQUEST TO DISMISS CASE** |
| vs. | <mark>JS-6</mark> |
| COUNTY OF LOS ANGELES; MICHELE LOYA-CHHABRA, in her personal capacity; XIOMARA FLORES-HOLGUIN, in her personal capacity; BRENDA E. BERRYHILL, in her personal capacity; MELANIE PELLERIN, in her personal capacity; TIKA SMITH, in her personal capacity; BELINDA WILLIAMS, in her personal capacity; ORELL WILLIAMS, in her personal capacity; CYNTHIA COLEMAN, in her personal capacity; and DOES 1 THROUGH 10, INCLUSIVE, | Judge: Honorable John A. Kronstadt Dept: 20 |
| | Magistrate: Honorable Judge Charles F. Eick |
| | Case Filed: August 9, 2012 |
| Defendants. | |

1

2 All causes of action dismissed by Plaintiffs Darlene Ferguson, R.K., and K.G.,

3 with prejudice against all Defendants.

4

5       **IT IS SO ORDERED**

6 Dated:     March 2, 2015              _____

7                                  Honorable John A. Kronstadt

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DISMISSAL ORDER

Case No: CV12-06865 JAK (Ex)